Case 2:14-cr-00182-RMP   Document 31   Filed 05/12/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2015

SEAN F. McAVOY, CLERK

◎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Eby, Angelena Monique          Docket No.     0980 2:14CR00182-RMP-**2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angelena Monique Eby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton on the 8th day of May 2015, under the following conditions:

**Condition #22:** Prohibited Substance Testing: If random urinalysis is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation:** On May 11, 2015, the defendant reported for her supervision intake, however, was noncompliant with the referral for urinalysis testing.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   May 12, 2015 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

PS-8

Re: Eby, Angelena Monique
May 12, 2015
Page 2

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_John T. Rodgers_
Signature of Judicial Officer

5-12-15
Date