PS 8
(3/15)

Case 2:14-cr-00182-RMP    Document 48    Filed 06/10/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2015

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Eby, Angelena Monique | Docket No. | 0980 2:14CR00182-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angelena Monique Eby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Spokane, Washington, on the 8th day of May 2015, under the following conditions:

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**Condition #23:** Defendant shall undergo a mental health evaluation and any mental health treatment as directed by U.S. Probation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** Defendant failed to report for her monthly check in on Monday, June 1, 2015, and failed to call and check in as required on Monday, June 8, 2015.

**Violation #4:** On May 26, 2015, the defendant tested presumptive positive for amphetamines. Lab results have confirmed the sample was positive for methamphetamine.

**Violation #5:** Defendant has failed to complete a mental health evaluation.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 9, 2015 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

PS-8

Re: Eby,, Angelena Monique
June 9, 2015
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

June 10, 2015
_____
Date