# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>ANGELENA MONIQUE EBY<br><br>                    Defendant. | No. 2:14-CR-0182-RMP-2<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY, WITH LEAVE TO RENEW |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 83.

Having reviewed the records and files herein, and being fully advised in the premises, the Court determines that there is not good cause shown to modify the conditions of release previously ordered.

Accordingly, the Defendant's Motion, ECF No. 83, is **DENIED**, with leave to renew.

Defendant remains bound by all conditions of release ordered by the Court on May 8, 2015, and July 9, 2015.

**IT IS SO ORDERED.**

DATED August 27, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 2