✎ PS 8
(3/15)

Case 2:14-cr-00182-RMP   Document 113   Filed 08/26/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2015

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Eby, Angelena Monique | Docket No. | 2:14CR00182-RMP-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephanie Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angelena Monique Eby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 29 day of July 2015 under the following conditions:

**Condition #1:** The defendant shall reside at the Union Gospel Mission Crisis Shelter for Women and Children pending further order of the Court.

**Condition #5:** The defendant shall attend and comply with all conditions of the intensive out patient drug counseling previously arranged by the U.S. Probation Office.

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant has not been residing at the Union Gospel Mission as directed by the Court.

**Violation #2:** On August 21, 2015, ADEPT contacted the undersigned officer to advise that the defendant missed her intake appointment scheduled for August 21, 2015 at 9:00 a.m.

**Violation #3:** On August 25, 2015, the defendant reported to ADEPT for random urinalysis testing. The defendant's urine sample tested presumptive positive for amphetamines.

**PRAYING THAT THE COURT WILL ISSUE A WARRANT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2015

by   s/Stephanie Cherney

Stephanie Cherney, USPO

THE COURT ORDERS

[ X ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

08/26/2015

Date