1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,

8                              Plaintiff,

9   vs.

10

11  ANGELENA MONIQUE EBY,

12                             Defendant.

No. 2:14-CR-182-RMP-2

ORDER DENYING DEFENDANT'S
MOTION FOR RELEASE

☒      Motion Denied

**(ECF No. 110)**

13      At the November 18, 2015, hearing on Defendant's Motion for release from

14  custody, ECF No. 110, Defendant was present with counsel Terence M. Ryan.

15  Assistant U.S. Attorney Matthew F. Duggan represented the United States.

16      The Court considered Defendant's Motion and attachment, ECF No. 110, a

17  letter written to the Court by Mr. John Hickson which is on file, as well as

18  comments by Mr. Hickson in court, the original Pretrial Services Report,

19  subsequent Petitions for Action regarding pretrial release, and the argument of the

20  parties.

21      This Court has taken into account 18 U.S.C. § 3142 and the evidence,

22  testimony and information available concerning the nature and circumstances of

23  the offense charged, the weight of the evidence against the Defendant, her history

24  and characteristics, including character, physical and mental condition, family ties,

25  employment, financial resources, length of residence in the community,

26  community ties, past conduct, history relating to alcohol and drug abuse, criminal

27  history, record concerning appearance at court proceedings, and the nature and

28  seriousness of the danger to the community posed by Defendant's release.

ORDER DENYING DEFENDANT'S MOTION FOR RELEASE - 1

1    The Court finds that there has been no material change in circumstances
2    since detention was addressed in this Court on September 3, 2015, ECF No. 92.
3    Accordingly Defendant's Motion, **ECF No. 110,** is **DENIED.**
4        **IT IS SO ORDERED.**
5        Pretrial Services is directed to advise the Court whether inpatient drug abuse
6    treatment is available and, if so, the date Defendant could enter such treatment.
7        DATED November 18, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RELEASE - 2